Law Office of Rachel S. Blumenfeld PLLC
Proposed Attorney for Debtor and Debtor-in-Possession
26 Court Street, Suite 2220
Brooklyn, New York  11242
Tel:  (718) 858-9600
email: rachel@blumenfeldbankruptcy.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re:

                        Chapter 11

16 JUDGE LLC,                        1-22-43135

              Debtor and Debtor-in-Possession.
------------------------------------------------------------X

### DECLARATION OF 16 JUDGE LLC, PURSUANT TO LOCAL RULE 1007-2

Daniel Hilpert, being duly sworn, deposes and says:

1. I am the principal of the Debtor in the above-captioned case (the "Debtor").

2. I submit this affidavit pursuant to Rule 1007-2 of the Local Rules for the United States Bankruptcy Court for the Eastern District of New York.

### INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1007-2

**Local Rule 1007-2(a)(1)** *the nature of the debtor's business and a concise statement of the circumstances leading to the debtor's filing under chapter 11.*

3.      The Debtor owns and operates an apartment building located at 16 Judge Street, Brooklyn, NY 11211. The purpose of the business is to collect rents, pay operating expenses and the mortgage. Any available profits are distributed to the owner of the 16 Judge LLC, AHDH Capital Partners LLC.  AHDH Capital Partners LLC is owned by a partnership that owns and operates other real estate properties.

The Debtor has a $2,340,242.45 mortgage with Amalgamated Bank. The mortgage is maturing in April 2023. A recent property appraisal, ordered by the bank, shows that the value of the property exceeds the debt, and the property is cash flow positive, however, the recent rise in interest rates will increase the rate at maturity from currently 3.4% to 6.50% and therefore double the property's interest expense. Amalgamated bank indicated that at the present time, unless rates come down, the cash flow does not support the existing debt.

The bankruptcy filing was necessary to facilitate a reorganization of the debt to address the upcoming loan maturity and recent rise in interest rates.

**Local Rule 1007-2(a)(2)** *if the case originally was commenced under chapter 7 or chapter 13, the name and address of any trustee appointed in the case and, in a case originally commenced under chapter 7, the names and addresses of the members of any creditors' committee.*

      5. This case was not originally commenced under Chapter 7 or 13 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code").

**Local Rule 1007-2(a)(3)**, *the names and addresses of the members of, and attorneys for, any committee organized prior to the order for relief in the chapter 11 case, and a brief description of the circumstances surrounding the formation of the committee and the date of its formation.*

      6. Upon information and belief, no committee was organized prior to the order for relief in this Chapter 11 case.

**Local Rule 1007-2(a)(4),** *the following information with respect to each of the holders of the twenty (20) largest unsecured claims, excluding insiders: the name, the address (including the number, street, apartment or suite number, and zip code, if not included in the post office address), the telephone number, e-mail address, the name(s) of person(s) familiar with the debtor's account, the amount of the claim, and an indication of whether the claim is contingent, unliquidated, disputed or partially secured;*

      7. A list of the names and addresses of the Debtors' respective 20 largest unsecured claims, excluding those who would not be entitled to vote at a creditors' meeting and creditors who are "insiders" as that term is defined in 11 U.S.C. Section 101(31) is annexed to the bankruptcy petition.

**Local Rule 1007-2(a)(5),** *the following information with respect to each of the holders of the five (5) largest secured claims: the name, the address (including the number, street, apartment or suite number, and zip code, if not included in the post office address), the amount of the claim, a brief description and an estimate of the value of the collateral securing the claim, and whether the claim or lien is disputed;*

8. Upon information and belief the Debtor has only 1 secured claim by Amalgamated Bank in the amount of $2,340,242.45. The loan is maturing in April 2023. The lender has indicated that the income and value of the Debtor's property is not sufficient to refinance the existing debt.

**Local Rule 1007-2(a)(6),** summary of the debtor's assets and liabilities.

9. A summary of the Debtor's assets and liabilities are attached to the bankruptcy petition.

**Local Rule 1007-2(a)(7),** the number and classes of shares of stock, debentures or other securities of the debtor that are publicly held, and the number of holders thereof, listing separately those held by each of the debtor's officers and directors and the amounts so held.

10. There are no publicly held securities of the Debtor.

**Local Rule 1007-2(a)(8),** a list of all of the debtor's property in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents or secured creditor, or agent for any such entity, giving the name, address, and telephone number of each such entity and the court in which any proceeding relating thereto is pending.

11. N/A

**Local Rule 1007-2(a)(9),** *a list of the premises owned, leased or held under other arrangement from which the debtor operates its business.*

12. The Debtor owns an apartment building located at 16 Judge Street, Brooklyn NY 11211.

**Local Rule 1007-2(a)(10),** *the location of the debtor's substantial assets, the location of its books and records, and the nature, location and value of any assets held by the debtor outside the territorial limits of the United States.*

13. The Debtor owns an apartment building located at 16 Judge Street, Brooklyn NY 11211. The Debtor's books & records are maintained by the Debtor.

**Local Rule 1007-2(a)(11),** *the nature and present status of each action or proceeding, pending or threatened, against the debtor or its property where a judgment against the debtor or a seizure of its property may be imminent.*

14. There are no pending actions against the Debtor.

**Local Rule 1007-2(a)(12),** *the names of the individuals who comprise the debtor's existing senior management, their tenure with the debtor, and a brief summary of their relevant responsibilities and experience.*

15. Daniel Hilpert acts as managing member of AHDH Capital Partners LLC, the partnership that owns 100% of the Debtor's membership interests. Mr. Hilpert also acts as guarantor of the loan of which the Debtor is the borrower of.

## **CONCLUSION**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
December 30, 2022

_____
Daniel Hilpert